IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                      CASE NO. 1:02-cr-00022-MP-AK

THAD M PEMBERTON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 535, Motion Terminate Supervised Release, by Thad M Pemberton. After consultation with the government and the probation office, the Court determines that the motion should be granted. It is hereby

**ORDERED AND ADJUDGED:**

The Supervised Release of Thad Pemberton is terminated and Mr. Pemberton is no longer subject to supervised release.

**DONE AND ORDERED** this  *26th*  day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge